IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRUEHOLD CAPITAL GROUP, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0470-CG-M |
| | ) |
| **BRYAN CONSTRUCTION COMPANY, INC., and STEVE H. BRYAN,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon due consideration of the parties' joint stipulation of dismissal (Doc. 14), all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its or his own costs.

**DONE and ORDERED** this 27th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE